IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SANDRA S. POE and
DAVID BALTON POE, her husband,

      Plaintiffs,

v.                                            CASE NO.: 1:09cv60-SPM/AK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause comes before the Court on the motion to allow attorney John M. Phillips to appear pro hac vice.  Doc. 3.  Although not stated in the motion, the Court has been advised by the clerk that Attorney Phillips has successfully completed the computer-based tutorial on local rules of the Northern District of Florida and the computer based tutorial on this court's CM/ECF System.  N.D. Fla. Loc. R.  11.1(C)(2).  Accordingly, it is

ORDERED AND ADJUDGED: the Motion to Appear Pro Hac Vice (doc. 3)

is granted.

      DONE AND ORDERED this 13th day of March, 2009.


      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge