IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SANDRA S. POE and
DAVID BALTON POE, her husband,

    Plaintiffs,

v.                     CASE NO.: 1:09cv60-SPM/AK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DISMISSING CLAIMS OF SANDRA S. POE

Pursuant to Plaintiff, Sandra S. Poe's, Joint Stipulation for Dismissal with Prejudice as to Defendant State Farm Mutual Automobile Insurance Company (doc. 36), it is

ORDERED AND ADJUDGED:

1.     The claims by Plaintiff Sandra S. Poe are dismissed with prejudice.

2.     The pending motion for medical examination of Sandra S. Poe (doc. 27) is denied as moot.

3. This case shall proceed on the claims of Plaintiff David Balton Poe.

DONE AND ORDERED this 12th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge