IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BALTON POE,

    Plaintiff,

v.                                       CASE NO.: 1:09cv60-SPM/AK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This case has been dismissed with prejudice pursuant to the parties' stipulation (doc. 54) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

    SO ORDERED this 15th day of March, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge